AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 17-592-TUC-BPV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of Interior
was received by me on *(date)* 12/07/2017 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On December 7, 2017, I mailed the summons via U.S. Post certified postage pre-paid to:
U.S. Department of Interior, Attn: Ryan Zinke, Secretary of the Interior
1849 C Street, N.W.
Washington DC 20240

My fees are $ 0.00 for travel and $ 25.00 for services, for a total of $ 25.00

I declare under penalty of perjury that this information is true.

Date: 01/08/2018

*Server's signature*

Christian Watchie
*Printed name and title*

1035 Monroe Street
Eugene, OR 97402
*Server's address*

Additional information regarding attempted service, etc:

• In addition to the summons and complaint, I served on Defendant copies of the civil cover sheet, corporate disclosure statement, scheduling order and consent to magistrate form.
• I also mailed copies the documents noted above via U.S. Post certified postage pre-paid to: U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-0001 and the United States Attorney's Office, District of Arizona, 405 W. Congress Street, Suite 4800, Tucson, AZ 85701-5040.

**UNITED STATES POSTAL SERVICE**

Date: January 8, 2018

David Bahr:

The following is in response to your January 8, 2018 request for delivery information on your Certified Mail™ item number 70092250000132337750.  The delivery record shows that this item was delivered on December 11, 2017 at 1:32 pm in TUCSON, AZ  85701.  The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**UNITED STATES POSTAL SERVICE**

Date: January 8, 2018

David Bahr:

The following is in response to your January 8, 2018 request for delivery information on your Certified Mail™ item number 70092250000132337774.  The delivery record shows that this item was delivered on December 13, 2017 at 11:48 am in WASHINGTON, DC 20240. The scanned image of the recipient information is provided below.

Signature of Recipient :   *Earl Chew*

Address of Recipient :   *20240*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

**UNITED STATES POSTAL SERVICE**

Date: January 8, 2018

David Bahr:

The following is in response to your January 8, 2018 request for delivery information on your Certified Mail™ item number 70092250000132337767. The delivery record shows that this item was delivered on December 14, 2017 at 5:20 am in WASHINGTON, DC 20530. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service